

SCHEDULE CTO-61 - TAG-ALONG ACTIONS
DOCKET NO. 1596
IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

SCHEDULE CTO-3 - TAG-ALONG ACTIONS
DOCKET NO. 1769
IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | EDNY's CASE NUMBERS |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| ~~CAN 3 06-662~~ | ~~Wendell Collum v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 3 06-676 | Scott Polis v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4923 |
| CAN 3 06-1283 | Daniel Cannon v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4925 |
| ~~CAN 3 06-1289~~ | ~~Katherine Morris v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/16/06 | |
| ~~CAN 3 06-1290~~ | ~~Herbert Price v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 3 06-1305 | Jennifer R. Ruscsak v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4926 |
| CAN 3 06-1311 | Margaret A. Shearman v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4931 |
| ~~CAN 3 06-1314~~ | ~~Charles A. McCool v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 3 06-1315 | Frank R. Niemann v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4948 |
| ~~CAN 3 06-1322~~ | ~~Elaine Cotton v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/11/06 | |
| CAN 3 06-1323 | Rita A. Kurilla v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4949 |
| ~~CAN 3 06-1326~~ | ~~Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 3 06-1394 | Jennifer J. Naramore v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4950 |
| CAN 3 06-1403 | Lisa A. Birkner v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4951 |
| CAN 3 06-1449 | Jimmy Marsiglia, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4952 |
| CAN 3 06-1454 | Hellen J. Thomas v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4953 |
| ~~CAN 3 06-1483~~ | ~~Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.~~ | 06-CV-4972 |
| ~~CAN 3 06-1485~~ | ~~Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.~~ See ? | 06-CV-4974 |
| CAN 3 06-1492 | Donnell L. Lawshea v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4954 |
| CAN 3 06-1500 | Jacqueline E. Gaiman v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4956 |
| CAN 3 06-1529 | Vicky Reynolds, et al. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4957 |
| CAN 3 06-1531 | Jim Coppola v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4958 |
| CAN 3 06-1555 | Lurae Eades v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4959 |
| CAN 3 06-1564 | Nadine L. Copeland v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4960 |
| CAN 3 06-1763 | Thomas S. Fromosky, Jr. v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4961 |
| ~~CAN 3 06-1817~~ | ~~John C. Thigpen v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 3 06-1855 | Oggie Y. Williams v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4962 |
| ~~CAN 3 06-1857~~ | ~~Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.~~ | 06-CV-4973 |
| ~~CAN 3 06-1932~~ | ~~Markus L. Tucker v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/8/06 | |
| ~~CAN 3 06-2282~~ | ~~Dimitrius Oliver v. AstraZeneca Pharmaceuticals LP, et al.~~ Opposed 8/21/06 | |
| ~~CAN 3 06-2284~~ | ~~Anna Fall v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/8/06 | |
| CAN 4 06-1285 | Clayton L. Plummer v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4963 |
| CAN 4 06-1316 | Shirley Keith v. AstraZeneca Pharmaceuticals LP, et al. | 06-CV-4964 |
| ~~CAN 4 06-1318~~ | ~~Joseph Hernandez v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| ~~CAN 4 06-1335~~ | ~~Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| ~~CAN 4 06-1341~~ | ~~Dorothy L. Cameron, et al. v. AstraZeneca Pharmaceuticals, LP, et al.~~ Opposed 8/21/06 | |
| CAN 4 06-1436 | Denise Sims v. AstraZeneca Pharmaceuticals, LP, et al. | 06-CV-4965 |
| ~~CAN 4 06-1557~~ | ~~Tony L. Compalco v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/15/06 | |
| **MISSOURI EASTERN** | | |
| MOE 4 06-506 | Evelyn Hair v. Eli Lilly & Co., Inc., et al. | 06-CV-4966 |
| MOE 4 06-907 | Michael Middleton v. Eli Lily & Co., et al. | 06-CV-4967 |
| **MISSOURI WESTERN** | | |
| MOW 2 06-4072 | Donald Vaughan v. Eli Lilly & Co., et al. | 06-CV-4970 |
| **TEXAS EASTERN** | | |
| TXE 5 06-43 | Larry Lambright, etc. v. Eli Lilly & Co., et al. | 06-CV-4971 |
| ~~TXE 5 06-104~~ | ~~Carol Harris, etc. v. Eli Lilly & Co., et al.~~ | 06-CV-4975 |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

August 21, 2006

**FILED**
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ SEP - 1 2006 ★

P.M. ___ N ___
TIME A.M. _____

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

04-MD-1596

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation
Re: MDL-1769 -- In re Seroquel Products Liability Litigation

*Dianne M. Theodorou v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1483 - 06CV-4972
*Denise L. Outlaw v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 3:06-1857 - 06CV-4973
*Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, N.D. California, C.A. No. 4:06-1485 - 06CV-4974
*Carol Harris, etc. v. Eli Lilly & Co.*, E.D. Texas, C.A. No. 5:06-104 06CV 4975

Dear Mr. Heinemann:

Three separate orders were filed by the Panel today in the above-captioned matter. Enclosed is a certified copy and one additional copy of each of the three orders lifting stay of CTO-61 in respect to MDL-1596. The orders are directed to you for filing.

Enclosed is a list of involved counsel.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
   Deputy Clerk

Enclosures

cc:   Transferee Judges: Judge Jack B. Weinstein; Judge Anne C. Conway
      Transferor Judges: Judge Saundra Brown Armstrong, Judge Jeffrey S. White, Judge T. John Ward
      Transferor Clerk:  David J. Maland, Richard W. Wieking

734.

JPML Form 68